02-11-354-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00354-CV 

 

 




 
 
 In re Joe Robert Patron
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of mandamus is denied.

PER CURIAM

 

PANEL: 
GABRIEL, J.; WALKER and MEIER, JJ.

 

DELIVERED: 
September 15, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).